Abel Acosta Court of Criminal Appeals Clerk
P.O. Box 12308 Capitol Station
Austin, Texas 78711

November 12, 2014


Dear Mr. Acosta,

            Could you please send
this letter to request counsel to the
proper department.

                        Thank you
Mr.

Mr. Ike A. Brooks
1313 County Road 19
Lamesa Texas 79331

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 17 2015

Abel Acosta, Clerk

Texas Court of Criminal appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711


November 11, 2014

Dear Court of Criminal Appeals,

At the moment I do not have
any counsel to my knowledge. Raymond Finecoat
was representing me in this case, yet I have
not had any response from him in the
last 3 or 4 letters. So if there is any way I could
be appointed an attorney I am an indigent
inmate. I have no way to pay for
counsel. Thank you.


                              Yours Truly

Mr. Ike X. Brodnex
1313 County Road 19
Lamesa, Texas 79331

Texas Court of Criminal appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711


November 12, 2014

Dear Court of Criminal Appeals

At the moment I do not have
any counsel, to my knowledge Raymond finecost
was representing me in this case, but I have
not had any response from him in the last
3 to 5 letters so if there is any way I could
be appointed an attorney. I am an indigent
inmate. I have no way to pay for counsel
Thank you

Yours Truly

Mr. Ike A. Brashex
1313 County Road 19
Lamasa, Texas 79331